**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EDWARD MONTS, derivatively on behalf of RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN R. O'ROURKE, JEFFREY G. MCGONEGAL, ANDREW J. KAPLAN, JASON LES, BARRY C. HONIG, and ERIC SO, <br><br> Defendants, <br><br> and <br><br> RIOT BLOCKCHAIN, INC. F/K/A BIOPTIX, INC., <br><br> Nominal Defendant. | Case No. 1:18-CV-1443 [MAD/DJS] |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Edward Monts ("Plaintiff") hereby voluntarily dismisses the above-captioned action against all defendants without prejudice. No defendant has filed an answer or moved for summary judgment. Neither Plaintiff nor Plaintiff's counsel has received or will receive directly or indirectly any consideration for the dismissal.

Dated: September 26, 2023

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com

*Counsel for Plaintiff*

IT IS SO ORDERED:

_____
Mae A. D'Agostino
U.S. District Judge

Dated:   September 27, 2023
     Albany, NY